1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Todd M. Swensen
4  Assistant United States Attorney
   402 E. Yakima Ave., Ste. 210
5  Yakima, WA 98901-2760
6  Telephone: (509) 454-4425



7
                    UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF WASHINGTON
9
     UNITED STATES OF AMERICA,
10
11                         Plaintiff,            **1:22-CR-2017-MKD**
12                                               INDICTMENT
         v.
13                                               Vio:  18 U.S.C. §§ 922(g)(1),
14   ALEXANDER SCOTT STEVENS,                          924(a)(2)
                                                 Felon in Possession of Firearms
15                         Defendant.
16                                                     18 U.S.C. § 924, 28 U.S.C.
17                                                     § 2461
18                                               Forfeiture Allegations
19
20       The Grand Jury charges:
21
22       On or about January 2, 2022, in the Eastern District of Washington, the
23   Defendant, ALEXANDER SCOTT STEVENS, knowing of his status as a person
24
25   previously convicted of a crime punishable by imprisonment for a term exceeding
26   one year, did knowingly possess in and affecting commerce firearms, to wit: a
27   Remington pump action model 3112 shotgun, bearing serial number 78703;
28

INDICTMENT – 1

1  a Remington 870 20-gauge pump shotgun, bearing serial number 170313X; and a

2
3  Ruger LCP .380 caliber pistol bearing, serial number 373-53648, which firearms

4  had theretofore been transported in interstate and foreign commerce, in violation of

5
6  18 U.S.C. §§ 922(g)(1), 924(a)(2).

7                            NOTICE OF CRIMINAL FORFEITURE

8          The allegations contained in this Indictment are hereby realleged and

9
10  incorporated by reference for the purpose of alleging forfeitures.

11         Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction

12
13  of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this

14  Indictment, the Defendant, ALEXANDER SCOTT STEVENS, shall forfeit to the

15
16  United States of America, any firearm involved or used in the commission of the

17  offense.

18         If any forfeitable property, as a result of any act or omission of the

19
20  Defendant:

21         (a) cannot be located upon the exercise of due diligence;

22         (b) has been transferred or sold to, or deposited with, a third party;

23         (c) has been placed beyond the jurisdiction of the court;

24         (d) has been substantially diminished in value; or

25         (e) has been commingled with other property which cannot be divided

26             without difficulty;

27  //

28  //

INDICTMENT – 2

1    the United States of America shall be entitled to forfeiture of substitute property

2    pursuant to 21 U.S.C. § 853(p).

3

4        DATED this 15ᵗʰ day of February, 2022.

5

6

7

8

9

10    _Vanessa Waldref_

11    Vanessa R. Waldref

12    United States Attorney

13

14

15    _Todd M. Swensen_

16    Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT – 3