# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>-vs-<br>ALEXANDER SCOTT STEVENS,<br><br>                       Defendant. | Case No.     1:22-CR-02017-MKD-1<br>**CRIMINAL MINUTES**<br>DATE:     APRIL 4, 2023<br>LOCATION:     YAKIMA<br><br>**SENTENCING HEARING** |
|---|---|

| **Honorable Mary K. Dimke** |||
|---|---|---|
| Cora Vargas | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Todd Swensen || Nick Mirr |
| **Government Counsel** || **Defense Counsel** |
| **United States Probation Officer:**  Sean Carter |||

[ X ]  Open Court         [   ]  Chambers         [   ]  Video Conference

Defendant present in custody of the US Marshal.

The Court confirmed the parties are ready to proceed to sentencing.

Mr. Mirr confirmed he has reviewed and discussed the Presentence Investigation Report with the Defendant and that the Defendant does not have any formal objections but does note a spelling error in a name.

The Court provided findings on the guideline calculations contained in the Presentence Investigation Report; no objection by counsel; the Presentence Investigation Report was accepted by the Court with a correction of the incorrect name spelling as stated on the record.

Mr. Swensen provided sentencing recommendations on behalf of the government.

Mr. Mirr provided sentencing recommendations on behalf of the defendant.

The Court advised Mr. Mirr that the Court is considering imposing an additional special condition of supervised release requiring the defendant to participate in a mental health evaluation and mental health treatment if recommended.
- No objection by Mr. Mirr after conferring with the Defendant.

Allison Lovata addressed the Court on behalf of the Defendant.

Fred Chan addressed the Court on behalf of the Defendant.

Dennis Whiting addressed the Court on behalf of the Defendant.

[ X ]  **ORDER FORTHCOMING**

| **CONVENED:**  10:06 A.M. | **ADJOURNED:**  11:07 A.M. | **TIME:**  1:01 HR. | **CALENDARED**  [   ] |
|---|---|---|---|

*USA -vs- STEVENS*                                                              April 4, 2023
1:22-CR-02017-MKD                                                Page 2
Sentencing Hearing

Ryan Stevens addressed the Court on behalf of the Defendant.

The defendant addressed the Court on his own behalf.

The Court addressed the defendant and imposed sentence:

The Court accepted the Rule 11(c)1(c) Plea Agreement entered into between the parties at the change of plea hearing.

- **Imprisonment:** 84 months

- **Supervised Release:** 3 years on mandatory, standard and special conditions listed in the Presentence Investigation Report and the additional special condition listed below. The Court read all special conditions to the defendant in open court.

    - You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

- **Fine**: waived

- **Special Penalty Assessment**: $100.00

Appeal rights given to the extent any exist.